```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )
                                  )   CR. NO. S 03-039 WBS
11              Plaintiff,        )
                                  )
12                                )   NOTICE OF RELATED CASES
           v.                     )   AND [PROPOSED] ORDER
13                                )
    RAVAA BERNARD MEADORS,        )
14                                )
                                  )
15              Defendant.        )
    _____)
16                                )
    UNITED STATES OF AMERICA,     )
17                                )   CR. NO. S-05-067 DFL
                Plaintiff,        )
18                                )
           v.                     )
19                                )
    RAVAA BERNARD MEADORS,        )
20                                )
                                  )
21              Defendant.        )
                                  )
22  _____)
```

   The government hereby provides notice that the United States v. Ravaa Bernard Meadors, S-05-067 DFL, is related to United States v. Ravaa Bernard Meadors, S-03-039 WBS, within the meaning of Local Rule 83-123(a).

   The defendant Ravaa Bernard Meadors ("Meadors") was initially convicted of conspiracy to defraud the government with respect to

1

false claims in an IRS QRP case.  Almost immediately after serving his initial six month sentence, Meadors violated the terms of his supervised release by selling and smoking marijuana.  On December 15, 2004, following his service of a state sentence, Meadors made his initial appearance before Judge Shubb, at which time he admitted to Charge 2, use of marijuana.  Following a hearing on December 17, 2004, Judge Shubb released Meadors and ordered him to appear back in court on January 12, 2005, for disposition.  Meadors appeared before Judge Shubb with his lawyer on January 12, 2005, and was ordered to serve a term of six months incarceration, to be followed by six months of half-way house.   A self-surrender of January 19, 2005, was set by the Court.  The defendant failed to surrender.  A grand jury indicted defendant Meadors on February 17, 2005, for violating 18 U.S.C. § 3146(a) - Failure to Surrender for Service of a Sentence.

    The recently issued Indictment, should be related to criminal Indictment and probation violation heard by Hon. Judge Shubb, as the new Indictment involves similar issues of fact and law.  Thus, relating the matters would avoid a substantial duplication of labor, conserve judicial resources, and be more convenient for the parties.

DATED: April 18, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                By: /s/ Robin R. Taylor
                                   ROBIN R. TAYLOR
                                   Assistant U.S. Attorney

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722

5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )
                                  )  CR. NO. S-039 WBS
11           Plaintiff,           )
                                  )
12                                )
             v.                   )  ORDER
13                                )
   RAVAA BERNARD MEADORS,         )
14                                )
                                  )
15           Defendant.           )
   _____)
16                                )
   UNITED STATES OF AMERICA,      )
17                                )  CR. NO. S-05-067 DFL
             Plaintiff,           )
18                                )
             v.                   )
19                                )
   RAVAA BERNARD MEADORS,         )
20                                )
                                  )
21           Defendant.           )
                                  )
22 _____)

23                         **O R D E R**

24    The action known as <u>United States v. Ravaa Bernard Meadors</u>,

25 S-05-067 DFL, is related to <u>United States v. Ravaa Bernard Meadors</u>,

26 S-03-039 WBS, within the meaning of Local Rule 83-123(a). These

27 actions involve similar issues of fact and law.  Thus, relating the

28 matters would avoid a substantial duplication of labor, would

                                 3

1 | conserve judicial resources, and would be more convenient for the
2 | parties.
3 |     Following the regular practice of the Court, related cases are
4 | generally assigned to the judge to whom the first filed action was
5 | assigned.  <u>See</u> Local Rule 83-123(c).
6 |     IT IS THEREFORE ORDERED that the Indictment, known as <u>United
7 | States v. Ravaa Bernard Meadors</u>, CR. No. S-05-067 DFL, be reassigned
8 | to the Honorable William B. Shubb.
9 | DATED: April 19, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4