Copy FILED

NOV - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. CR S-03-39-03-WBS |
| Plaintiff, | ) and CR S-05-67-01 WBS |
| v. | ) |
| | ) |
| Ravaa Bernard MEADORS, | ) ORDER FOR RELEASE |
| | ) OF PERSON IN CUSTODY |
| Defendant. | ) |

TO:    UNITED STATES MARSHAL: _____

This is to authorize and direct you to release **Ravaa Bernard MEADORS** Case CR S-03-39-03-WBS and CR S-05-67-01 from custody subject to the following conditions:

  __X__    Release on Personal Recognizance

  __ __    Bail Posted in the Sum of _____

  __ __    Unsecured bond

  __ __    Appearance Bond with 10% Deposit

  __ __    Appearance Bond secured by Real Property

  __ __    Corporate Surety Bail Bond

  __X__    (Other) Conditions of Supervised Release as to both grants to remain in full force and effect. Defendant is ordered to appear in Court on December 6, 2006 at 9:00 am.

Issued at  Sacramento, CA  on  11/02/06  at  3:40 p.m.

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing