MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
RAVAA MEADORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>RAVAA MEADORS<br><br>              Defendants. | Cr. S- 03-39 WBS<br>Cr. S- 05-67 WBS<br><br>**STIPULATION TO CONTINUE SENTENCING TO JANUARY 3, 2007**<br><br>Date: 1-3-07<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

TO: McGREGOR W. SCOTT, U. S. Attorney, and ELLEN ENDRIZZI, Asst. U. S. Attorney:

On December 6, 2006, the date presently set for defendant Meadors' sentencing, counsel for defendant will be in jury trial in Department 29 of the Sacramento County Superior Court (Judge Frawley).  We therefor request that the sentencing hearing presently set for December 6, 2006, at 9:00 a.m. be continued until January 3, 2007, at 9:00 a.m.

**STIPULATION**

The United States, through its undersigned counsel, and defendant Ravaa Meadors, through his undersigned counsel, hereby stipulate and agree that the court may re-set the date for the sentencing hearing from December 6, 2006, to January 3, 2007, at 9:00 a.m.

1

1  IT IS SO STIPULATED.

2  Dated:          December 1, 2006          McGREGOR SCOTT
3                                            United States Attorney
4                                            /s/ Matthew Segal, AUSA
                                             By Michael D. Long with Mr. Segal's
5                                            Approval
6

7  Dated:          December 1, 2006
8                                            /s/ Michael D. Long
                                             MICHAEL D. LONG
9                                            Attorney for Defendant
10                                           RAVAA MEADORS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
RAVAA MEADORS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **RAVAA MEADORS** <br><br> Defendants. | Cr. S- 03-39 WBS <br> Cr. S- 05-67 WBS <br><br> **(Proposed)** ORDER <br><br> Date: 1-3-07 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

**IT IS HEREBY ORDERED** that the sentencing hearing for Ravaa Meadors, currently set for December 6, 2006, at 9:00 a.m. is hereby continued to January 3, 2007, at 9:00 a.m.

DATED: December 4, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3