MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
RAVAA MEADORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAVAA MEADORS<br><br>  Defendant. | Cr. S- 05-67 WBS<br><br>**STIPULATION SETTING THE TERM OF SUPERVISED RELEASE IN CASE 05-67 AT EIGHT MONTHS FROM THE DATE OF HIS RELEASE FROM CUSTODY**<br><br>Judge: Hon. William B. Shubb |

TO: McGREGOR W. SCOTT, U. S. Attorney, and MATT SEGAL, Asst. U. S. Attorney:

**STIPULATION**

The United States, through its undersigned counsel, and defendant Ravaa Meadors, through his undersigned counsel, hereby stipulate and agree that in case 05-67, defendant Ravaa Meadors' term of supervised release will be eight months from February 20, 2007, the date he was released by the Bureau of Prisons.

IT IS SO STIPULATED.

Dated:      February 26, 2007      McGREGOR SCOTT
United States Attorney
/s/ Matthew Segal, AUSA
By Michael D. Long with Mr. Segal's
Approval

1

1
2  Dated:        February 26, 2007
3                                              /s/ Michael D. Long
                                               MICHAEL D. LONG
4                                              Attorney for Defendant
                                               RAVAA MEADORS
5

2

1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
3  721 Ninth Street, Suite 250
   Sacramento, CA 95814
4  (916) 447-1920; Fax: (916) 447-1940
   Long_5999@msn.com
5
6  Attorney for Defendant
   RAVAA MEADORS
7

8          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 **UNITED STATES OF AMERICA**,            Cr. S- 05-67 WBS

11         Plaintiff,
                                            **ORDER**
12     vs.

13 **RAVAA MEADORS**

14         Defendants.                      Judge: Hon. William B. Shubb

15

16

17

18     **IT IS HEREBY ORDERED** that in case 05-67, defendant Ravaa Meadors' term of supervised

19 release will be eight months from February 20, 2007, the date he was released from custody by the

20 Bureau of Prisons.

21

22 DATED:     February 26, 2007

23

24 _____
   WILLIAM B. SHUBB
25 UNITED STATES DISTRICT JUDGE

26

27

28

3